UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TODD BENN                                              CIVIL ACTION

VERSUS                                                 NO. 12-2175

N. BURL CAIN                                           SECTION "N"(2)

ORDER

The court, having considered the complaint, the record, the applicable law, the Report

and Recommendation of the United States Magistrate Judge, and the objections to the

Magistrate Judge's Report and Recommendation filed by plaintiff on February 5, 2013 (Rec.

Doc. No. 14), hereby approves the Report and Recommendation of the United States

Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

IT IS ORDERED that Todd Benn's motion to stay (Rec. Doc. No. 7) is DENIED.

IT IS FURTHER ORDERED that Benn's petition for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254 be DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _____8th_____ day of _____February_____, 2013.

_____
UNITED STATES DISTRICT JUDGE