UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD BENN | CIVIL ACTION |
| VERSUS | NO. 12-2175 |
| N. BURL CAIN | SECTION "N"(2) |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by plaintiff on February 5, 2013 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Todd Benn's motion to stay (Rec. Doc. No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that Benn's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of February, 2013.

UNITED STATES DISTRICT JUDGE